**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

AUG -1 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Fausto Santos-Madrigal<br>aka<br>Jose Casteno-Solis,<br><br>                    Defendant. | CASE NO. 12cr2601-WQH<br><br>*flf*<br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

**x**   of the offense(s) as charged in the Indictment/Information:

          8:1326 (a) and (b) - Attempted Reentry of Removed Alien (Felony)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/31/12

                              _____
                              Nita L. Stormes
                              U.S. Magistrate Judge